IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **07-cr-188-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**JOSE AVENDANDO, et al.,**

        Defendants.

## ORDER OF RECUSAL

Kane, J.

Upon review of the file, I have determined that due to a potential conflict I must recuse myself from this matter. This case is, therefore, returned to the Clerk of the Court for reassignment by random draw.

Dated this 26th day of April, 2007.

                                            BY THE COURT:

                                            *S/John L. Kane*
                                            Senior Judge, United States District Court