IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE AVENDANO
2. ALEJANDRO CAMACHO-LEVARIO
3. LUIS CAMACHO-LEVARIO
4. ANTHONY CORDOVA
5. RANDEL CUNNINGHAM
6. ARIEL FRAIRE
7. DAVID GARCIA
8. HEATHER GRIMES
9. JOSE HERNANDEZ
10. MIKE LNU
11. ROBERTO LOPEZ
12. JOSE MUNOZ
13. LUIS MURO-MUNOZ
14. GERARDO TORIBIO
15. VERONICA TYREE
16. BRUNO TYREE

    Defendants.

_____

**PROTECTIVE ORDER REGARDING JENCKS ACT MATERIAL
AND RULE 16 MATERIAL**
_____

    This matter is before me on the Government's Motion for a Protective Order concerning the use, custody, and circulation of Jencks Act material and Fed. R. Crim. P. 16 material to be disclosed as to the defendants.

    The Government expresses concern for witness safety and unnecessary

disclosure of confidential information when making disclosures of documents and media to the defendants. Given the nature of this case, such concerns are legitimate and no defendant objects to the motion.

Accordingly, the Government's Motion should be granted.

Pursuant to Fed. R. Crim. P. 16(d) and 28 U.S.C. 1651,  IT IS ORDERED:

1. The Jencks Act material, to include witness statements and reports of witness statements or debriefings,  and Fed. R. Crim. P. 16 material, to include photographs and any NCIC/CCIC reports,  furnished a defendant in this case shall only be used for official purposes related to judicial proceedings in this case.

2. All such material disclosures, including those made by electronic media, shall remain in the physical custody and control of the defense attorneys who have entered their appearance in this case and the confidential employees of such defense attorneys.  No such material shall be left in the exclusive custody of a defendant.  A defendant and other persons assisting the attorneys for a defendant may review such material, but such review must be accomplished under the custody and physical control of the attorneys, either personally or through the custody and control of confidential employees of the attorneys.

3.  Unless the attorneys for the defense and the Government agree otherwise all such material disclosed to the defense shall not be copied, reproduced, published or

publicly circulated by the defense without further order of Court or until its use in judicial proceedings at time of trial or in official hearings.

    4.  At the conclusion of this case, all such material shall be returned to the Government.

    DATED at Denver, Colorado, on May 30, 2007.

                          BY THE COURT:

                          s/ Walker D. Miller
                          United States District Judge


publicly circulated by the defense without further order of Court or until its use in judicial proceedings at time of trial or in official hearings.

    4.  At the conclusion of this case, all such material shall be returned to the Government.

    DATED at Denver, Colorado, on May 30, 2007.

                          BY THE COURT:

                          s/ Walker D. Miller
                          United States District Judge