IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE AVENDANO
2. ALEJANDRO CAMACHO-LEVARIO
3. LUIS CAMACHO-LEVARIO
4. ANTHONY CORDOVA
5. RANDEL CUNNINGHAM
6. ARIEL FRAIRE
7. DAVID GARCIA
8. HEATHER GRIMES
9. JOSE HERNANDEZ
10. MIKE LNU
11. ROBERTO LOPEZ
12. JOSE MUNOZ
13. LUIS MURO-MUNOZ
14. GERARDO TORIBIO
15. VERONICA TYREE
16. BRUNO TYREE

    Defendants.

_____

**ORDER OF ASSIGNMENT**
_____

Following discussion with counsel about the limited assignment of motions concerning wiretaps to which one objection was expressed orally, no further objections have been filed by the June 6, 2007 deadline.  After consideration of the interests of

PDF FINAL

judicial efficiency, pursuant to D.C.Colo.LCrR 50.1, and the direction of the active district judges of this district, I hereby assign to Chief Judge Edward W. Nottingham for the sole and limited purpose of scheduling, hearing and deciding any motions which may be filed raising issues relating to wiretaps used to obtain evidence which the government proposes to use in this case.

Notice is hereby given that Judge Nottingham has set a status conference regarding the scheduling of wiretap proceedings for Friday, June 22, 2007, at 2:00 p.m.

DATED at Denver, Colorado, on June 11, 2007

BY THE COURT:

s/ Walker D. Miller
United States District Judge